1

2

3

4                      **UNITED STATES DISTRICT COURT**

5                           **DISTRICT OF NEVADA**

6

7  LUIS RAUL ESPINOSA CISNEROS,                )
                                               )
8               Petitioner,                    )       Case No. 2:16-cv-00057-GMN-CWH
                                               )
9  vs.                                         )       **ORDER**
                                               )
10 MARIANELA SOLIS LOPEZ, et al.               )
                                               )
11              Respondents.                   )
                                               )
12 _____)

13          Presently before the court is Petitioner Luis Raul Espinosa Cisneros's[1] Amended Petition

14  (ECF No. 4) seeking the return of his children under the Hague Convention on Civil Aspects of

15  International Child Abduction, filed on January 29, 2016.  In the Amended Petition, Petitioner adds

16  a new claim for civil conspiracy to interfere with custody against new parties Leopoldo Gaona and

17  Norma Gaona.  Attached to the Amended Petition are proposed summonses for Respondents

18  Marianela Solis Lopez, Leopoldo Gaona, and Norma Gaona.  (ECF Nos. 4-1, 4-2 & 4-3.)  Although

19  Petitioner provides addresses for Leopoldo Gaona and Norma Gaona in the proposed summonses,

20  Petitioner does not provide an address for Marianela Solis Lopez.  (*See id.*)

21          In light of Petitioner's *in forma pauperis* status, the court will order the United States

22  Marshal to serve the summonses and a copy of the Amended Petition on Respondents Leopoldo

23  Gaona and Norma Gaona.  *See* Fed. R. Civ. P. 4(c)(3) (stating that the court must order service of

24  the summons and complaint by the United States Marshal if the plaintiff is authorized to proceed *in*

25  *forma pauperis* under 28 U.S.C. § 1915); 28 U.S.C. § 1915(c) (providing that officers of the court

26  "shall issue and serve all process" when a plaintiff is proceeding *in forma pauperis*).  However,

27

28
         [1]  The court previously granted *in forma pauperis* status to Petitioner.  (Screening Order (ECF
No. 3).)

1  given that the proposed summons to Respondent Marianela Solis Lopez (ECF No. 4-3) does not

2  include an address and therefore does not provide sufficient information for the United States

3  Marshal to serve this Respondent, the court will not order the Clerk of Court to issue the summons

4  or the Marshal to serve the summons at this time.  *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th

5  Cir. 1994) (stating that a plantiff proceeding *in forma pauperis* must provide to the Marshal "the

6  information necessary to identify the defendant"); *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir.

7  1990) (stating that a plaintiff proceeding *in forma pauperis* must provide "the necessary

8  information to help [the Marshal] effectuate service").  As stated in the court's screening order

9  (ECF No. 3), if and when Petitioner notifies the court that he has sufficient information for the

10  Marshal to serve Respondent Marianela Solis Lopez, the court will order that a summons issue and

11  that the summons and petition be served on Respondent Marianela Solis Lopez by the Marshal.

12  IT IS THEREFORE ORDERED that the Clerk of Court must issue the proposed

13  summonses (ECF Nos. 4-1, 4-2) as to Respondents Leopoldo Gaona and Norma Gaona.

14  IT IS FURTHER ORDERED that the Clerk of Court must deliver the summonses for

15  Respondents Leopoldo Gaona and Norma Gaona, along with two copies of the Amended Petition

16  (ECF No. 4), to the United States Marshal for service.

17  IT IS FURTHER ORDERED that within 21 days from the date of this Order, Petitioner

18  Luis Raul Espinosa Cisneros must furnish to the United States Marshal two copies of the required

19  USM-285 form, one for Respondent Leopoldo Gaona and one for Norma Gaona.  Within 30 days

20  from receiving from the United States Marshal a copy of the USM-285 form showing whether

21  service was accomplished, Petitioner Luis Raul Espinosa Cisneros must file a notice with the court

22  identifying which Respondents were served and which were not served, if any.  If Petitioner wishes

23  to have service again attempted on an unserved Respondent, then Petitioner must file a motion

24  identifying the unserved Respondent(s) and specifying a more detailed name and/or address for the

25  Respondent(s).

26  / / /

27  / / /

28  / / /

1    IT IS FURTHER ORDERED that Petitioner Luis Raul Espinosa Cisneros must promptly

2  notify the court if and when he has sufficient information for the Marshal to serve Respondent

3  Marianela Solis Lopez with a summons and a copy of the petition.

4

5    DATED: February 1, 2016.

6

7

C.W. Hoffman, Jr.

8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28