1
2
3                          **UNITED STATES DISTRICT COURT**
4                              **DISTRICT OF NEVADA**
5
6    LUIS RAUL ESPINOSA CISNEROS,            )
                                             )
7                    Petitioner,             )     Case No. 2:16-cv-00057-GMN-CWH
                                             )
8    vs.                                     )     **ORDER SETTING**
                                             )     **CASE-MANAGEMENT**
9    MARIANELA SOLIS LOPEZ, et al.           )     **CONFERENCE**
                                             )
10                   Respondents.            )
     _____)
11

12        Presently before the Court is Petitioner Luis Raul Espinsoa Cisneros's Notice of Petition

13   Under Hague Convention (ECF No. 10), filed on February 22, 2016.  Also before the Court is

14   Petitioner's Motion for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 11), filed on February

15   22, 2016.

16        In this case, Petitioner seeks the return of his two minor children to Mexico under the 1980

17   Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention").

18   The Court understands Petitioner's Notice of Petition Under the Hague Convention to be a request

19   that the Court schedule a case-management conference.  Given that Hague Convention cases for the

20   return of minor children must be handled on an expedited basis, the Court will set a case-

21   management conference for Tuesday, March 15, 2016, at 9:00 a.m.  At the case-management

22   conference, the parties should be prepared to discuss the following topics:

23        •       the children's current location and living situation;

24        •       whether a discovery plan should be adopted;

25        •       the substantive issues likely to be raised at trial;

26        •       how the parties intend to present evidence (e.g., by telephone, declaration or

27                affidavits, or live testimony); and

28        •       whether this case would be appropriate for mediation.

1    Petitioner's Motion for Warrant in Lieu of Writ of Habeas Corpus is a request for an order

2    directing law enforcement officers to physically secure the minor children and bring them before

3    the Court.  Respondents' deadlines to answer or otherwise respond to the petition have not yet

4    passed, Respondents have not otherwise appeared in this case, and Petitioner has not provided the

5    Court with the children's address.  The Court therefore will defer action on this motion at this time

6    and will entertain argument on the motion at the case-management conference on March 15, 2016.

7    IT IS THEREFORE ORDERED that a case-management conference is set for Tuesday,

8    March 15, 2016, at 9:00 a.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333

9    Las Vegas Boulevard South, Las Vegas, Nevada.

10    IT IS FURTHER ORDERED that Respondents Marianela Solis Lopez, Leopoldo Gaona,

11    and Norma Gaona must attend the case-management conference in person and may also have an

12    attorney appear with them.  If Respondents are unable to obtain private counsel, Respondents may

13    wish to contact an organization such as the Legal Aid Center of Southern Nevada or the State Bar

14    of Nevada Lawyer Referral and Information Service.

15    IT IS FURTHER ORDERED that Petitioner Luis Raul Espinsoa Cisneros must serve a copy

16    of this Order on Respondents Marianela Solis Lopez, Leopoldo Gaona, and Norma Gaona and file

17    proof of that service by March 9, 2016.

18

19    DATED: February 25, 2016.

20

21    _____

**C.W. Hoffman, Jr.**
22    **United States Magistrate Judge**

23

24

25

26

27

28

2