# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUIS RAUL ESPINOSA CISNEROS,

        Petitioner,

vs.

MARIANELA SOLIS LOPEZ,

        Respondent.

Case No. 2:16-cv-00057-GMN-CWH

**ORDER APPOINTING COUNSEL**

      This case was referred to the Pilot Pro Bono Program adopted in General Order 2014-01 for appointment of pro bono counsel. (Order (ECF No. 18).) The Court has been informed that pro bono counsel have been identified. Kaitlyn Burke, Esq. and Crystal Herrera, Esq. are hereby appointed as counsel for Respondent Marianela Solis Lopez. The Court commends Ms. Burke and Ms. Herrera for agreeing to take on this representation. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

      IT IS THEREFORE ORDERED that Kaitlyn Burke, Esq. and Crystal Herrera, Esq. are hereby appointed as pro bono counsel for Respondent Marianela Solis Lopez under the United States District Court for the District of Nevada's Pilot Pro Bono Program.

      IT IS FURTHER ORDERED that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under General Order 2014-01.

      IT IS FURTHER ORDERED that the Clerk of Court shall assign a PROBONO case flag and add Kaitlyn Burke, Esq. and Crystal Herrera, Esq. to the docket as counsel of record for Respondent Marianela Solis Lopez.

      IT IS FURTHER ORDERED that appointed counsel shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within 14 days after completion legal services, appointed counsel shall submit a Notice of Completion Form to the Pro Bono Liaison.

DATED: March 21, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**