# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS RAUL ESPINOSA CISNEROS,<br><br>          Petitioner,<br><br>vs.<br><br>MARIANELA SOLIS LOPEZ,<br><br>          Respondent. | Case No. 2:16-cv-00057-GMN-CWH<br><br>**ORDER** |

Presently before the Court are Petitioner Luis Raul Espinosa Cisneros's Second Amended Petition for Return of Children to Petitioner (ECF No. 27), filed on March 25, 2016. Also before the Court is Petitioner's Amended Petition for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 28), filed on March 25, 2016.

At the hearing held on March 23, 2016, the Court ordered the parties to redact documents containing the personal identifiers of the parties and the minor children in accordance with Fed. R. Civ. P. 5.2 and Special Order No. 108. (Mins. of Proceedings (ECF No. 25).) The Court has reviewed the newly-filed documents and understands them to be redacted versions of Amended Petition (ECF No. 4) and Petition for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 11) that were filed for the public record in accordance with the Court's order. The Court therefore will order the Clerk of Court to seal the documents containing the parties and minor children's personal identifiers. Given that the Court already has denied Petitioner's original Petition for Warrant in Lieu of Writ of Habeas Corpus (Order (ECF No. 19)) and that the amended petition for warrant does not request new relief, the Court further will order the Clerk of Court to terminate Petitioner's Amended Petition for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 28). Respondent Marianela Solis Lopez is not required to respond to the Amended Petition for Warrant in Lieu of Writ of Habeas Corpus.

IT IS THEREFORE ORDERED that the Clerk of Court must seal the following documents:

- Petition for Return of Children to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent (ECF No. 2);
- Amended Petition (ECF No. 4);
- Petition for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 11); and
- Petitioner's Socioeconomic Study, Psychological Study, and Background Check Letter (ECF No. 24).

IT IS FURTHER ORDERED that Petitioner must file a redacted version of Petitioner's Socioeconomic Study, Psychological Study, and Background Check Letter (ECF No. 24) by April 1, 2016.

IT IS FURTHER ORDERED that the Clerk of Court must terminate Petitioner's Amended Petition for Warrant in Lieu of Writ of Habeas Corpus (ECF No. 28).

DATED: March 28, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**