**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LUIS RAUL ESPINOSA CISNEROS,  )
       Petitioner,  )    Case No. 2:16-cv-00057-GMN-CWH
vs.  )    **ORDER**
MARIANELA SOLIS LOPEZ,  )
       Respondent.  )

The Court is in the process of exploring the options for accommodating the presentation of testimony by video and/or telephone at the evidentiary hearing currently set for April 21, 2016. Additionally, the Court is in the process of coordinating interpreters for the parties. To facilitate these processes, the Court requests that to the extent possible, counsel be prepared to discuss the following topics at the telephonic status conference set for April 7, 2016:

- The location where Petitioner will provide testimony;
- The number of anticipated witnesses and the locations where they will provide testimony;
- The proximity of a United States Embassy or Consulate to Petitioner and any witnesses who are located in Mexico; and
- Petitioner and/or the witnesses' ability to travel to a federal courthouse located near the United States-Mexico border.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must provide certified interpreters for the evidentiary hearing currently set for April 21, 2016.

DATED: April 4, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**