# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS RAUL ESPINOSA CISNEROS, | |
| Petitioner, | Case No. 2:16-cv-00057-GMN-CWH |
| vs. | **ORDER** |
| MARIANELA SOLIS LOPEZ, | |
| Respondent. | |

Presently before the Court is the parties' Stipulation and Order to Continue Evidentiary Hearing (ECF No. 58), filed on May 31, 2016.  Based on the parties' stipulation, the Court will schedule the final day of the evidentiary hearing for Wednesday, June 15, 2016, at 8:00 a.m. in Courtroom 3C.  Given that the undersigned is the duty magistrate judge that week, the Court will conclude the hearing at 1:00 p.m. for grand jury returns and initial appearances in criminal matters.  Given these time constraints, the parties are advised to plan their presentations accordingly.

IT IS THEREFORE ORDERED that the parties' Stipulation and Order to Continue Evidentiary Hearing (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that an evidentiary hearing is set for Wednesday, June 15, 2016, from 8:00 a.m. to 1:00 p.m. in Courtroom 3C.

DATED: May 31, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**