# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS RAUL ESPINOSA CISNEROS, Petitioner, vs. MARIANELA SOLIS LOPEZ, Respondent. | Case No. 2:16-cv-00057-GMN-CWH **ORDER** |

Presently before the Court is Respondent Marianela Solis Lopez's Motion to Exclude Evidence Regarding Best Interests of the Child (ECF No. 60), filed on June 15, 2016.

Also before the Court is Respondent's Motion to Exclude Evidence Regarding Respondents' Immigration Status (ECF No. 61), filed on June 15, 2016.

Respondent presented these motions to the Court at two different points during the evidentiary hearing in this case, which was held on May 17, 2016, May 18, 2016, and June 15, 2016. (Mins. of Proceedings (ECF Nos. 51, 52, 62).) During the evidentiary hearing, the Court denied the motions, stating that in drafting its report and recommendation on Petitioner's Amended Petition (ECF No. 4), the Court will give the appropriate weight to the evidence at issue. For the purpose of creating a clear record, however, the Court requested that Respondent file the motions on the Court's docket.

///
///
///
///
///

Although the Court heard argument from both parties on these motions during the evidentiary hearing, the Petitioner has not had an opportunity to respond in writing to the motions. If Petitioner wishes to respond to these motions, he must do so by July 18, 2016, which is the deadline for the parties' simultaneous post-hearing briefs.

IT IS SO ORDERED.

DATED: June 21, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**