UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS RAUL ESPINOSA CISNEROS, | |
| Petitioner, | Case No. 2:16-cv-00057-GMN-CWH |
| vs. | **ORDER** |
| MARIANELA SOLIS LOPEZ, | |
| Respondent. | |

Presently before the Court is Petitioner Luis Raul Espinosa Cisneros's Motion to Be Provided with Court's Transcripts (ECF No. 75), filed on July 21, 2016. Petitioner requests that the Court provide him with transcripts of the three-day evidentiary hearing held in this case without charge on the grounds that Petitioner is proceeding *in forma pauperis* in this case.

After granting permission for a party to proceed *in forma pauperis*, the Court may direct payment by the United States of three specific expenses: (1) printing the record on appeal in any civil or criminal case, if the printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if the transcript is required by the district court; and (3) printing the record on appeal if it is required by the appellate court. 28 U.S.C. § 1915(c). Granting *in forma pauperis* status "does not relieve the applicant of the responsibility to pay the expenses of litigation that are not covered by 28 U.S.C. § 1915." LSR 1-7.

Here, Petitioner does not provide the Court with any legal authority indicating that he is entitled to the transcripts free of charge or that the provisions of § 1915 and Local Special Rule 1-7 are inapplicable in this case. The Court therefore denies Petitioner's motion, without prejudice.

IT IS SO ORDERED.

DATED: July 22, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**