1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LUIS RAUL ESPINOSA CISNEROS,     )
                                    )
            Petitioner,        )
                                    )
vs.                                  )
                                  )
MARIANELA SOLIS LOPEZ,        )
                                  )
            Respondent.     )
_____)

Case No. 2:16-cv-00057-GMN-CWH

**ORDER REFERRING CASE TO**
**PRO BONO PROGRAM**

      This is a case brought under the 1980 Hague Convention on Civil Aspects of International Child Abduction ("Hague Convention") in which Petitioner Luis Raul Espinosa Cisneros alleges his two minor children have been wrongfully taken from their habitual residence of Mexico to Las Vegas, Nevada, by the children's mother, Respondent Marianela Solis Lopez. Petitioner seeks an order compelling the return of the minor children to Mexico. Respondent contends that returning the children to Mexico would subject them to a grave risk of physical and psychological harm. The ultimate issue before this court is not who, as between the parents, is best suited to have custody of the children—it is to determine which court has the jurisdiction to determine custody. The Federal Judicial Center provides a litigation guide for Hague Convention return cases, available at http://www.fjc.gov/public/pdf.nsf/lookup/hagueguide.pdf/$file/hagueguide.pdf.

      On December 14, 2016, the undersigned entered a report and recommendation to the assigned United States district judge stating that the second amended petition for return should be denied. (Report and Recommendation (ECF No. 81).) Petitioner objected to the report and recommendation. (Objection (ECF No. 82).) Petitioner's current pro bono attorney seeks to withdraw from the case because she is retiring at the end of 2016.

/ / /

/ / /

IT IS THEREFORE ORDERED that this case is referred to the Pilot Pro Bono Program under General Order 2016-02 for the purpose of identifying an attorney willing to be appointed as a pro bono attorney for Petitioner Luis Raul Espinosa Cisneros.  The scope of the appointment will be for representing Respondent to the conclusion of this case.

IT IS FURTHER ORDERED that the Clerk of Court must forward this order to the Pro Bono Liaison.

DATED: December 22, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**