# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUIS RAUL ESPINOSA-CISNEROS,

        Petitioner,

vs.

MARIANELA SOLIS-LOPEZ,

        Respondent.

Case No.: 2:16-cv-57-GMN-CWH

## ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 4:00 PM on **July 7, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **July 7, 2022**, the Clerk is authorized to destroy said exhibits on **July 14, 2022**.

**DATED** this __6__ day of __June__, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: _____

**PLEASE PRINT NAME**: _____ Date: _____